# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――――

## No. 201600437

―――――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## STEPHEN J. WILLIAMS
Information Systems Technician Second Class (E-5), U.S. Navy
Appellant

―――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Franklin Foil, JAGC, USN.
Convening Authority: Commander, Navy Region Mid-Atlantic, Norfolk, VA.
Staff Judge Advocate's Recommendation: Commander Irve C. Lemoyne, JAGC, USN.
For Appellant: Commander C. Eric Roper, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

―――――――――――――

Decided 6 April 2017

―――――――――――――

Before MARKS, JONES, and ELLINGTON, *Appellate Military Judges*

―――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court